**FIRST STATE INSURANCE COMPANY, Plaintiff–Appellant,**

v.

**WESTERN INVESTMENT & DEVELOPMENT CORP.; Keck's Drapery Manufacturing Co.; James C. Barggren; Douglas D. Barman; Larry Barman; Ben Giles; Harold Murphree; G.L. Scott; Madonna L. Dunn; John F. O'Donnell; Michael Pelphrey; Maurice J. Collins; Roy W. Hennings; and John Budesky, Defendants–Appellees.**

**No. 88–5518.**

United States Court of Appeals, Ninth Circuit.

Feb. 26, 1990.

Before GOODWIN, Chief Judge, BROWNING, TANG, FARRIS, PREGERSON, CANBY, NORRIS, BEEZER, HALL, LEAVY and TROTT, Circuit Judges.

---

## ORDER

In light of the parties' settlement of the underlying action, the court concludes that en banc would be improvident and that the appeal should be dismissed for want of a case or controversy.

The order granting en banc review is vacated. The appeal is dismissed as moot.